IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Dr. JANET E. RING,  )<br>        Plaintiff,  )<br>  v.  )<br>)<br>BOARD OF EDUCATION COMMUNITY  )<br>SCHOOL DISTRICT NO. 60, Lake County  )<br>Illinois, JEFF McBRIDE, FERNANDO  )<br>SHIPLEY, MARVIN REDDICK and  )<br>ANITA HANNA,  )<br>        Defendants.  ) | Case No. 03 C 7397<br><br>JURY DEMAND<br><br>Judge Ronald Guzman |

### AGREED FINAL ORDER OF DISMISSAL

This matter coming before the Court for a report on status and the Court being advised that the parties have amicably resolved all disputes pending among them pursuant to a "Settlement Agreement and Release" dated May 30, 2006, a copy of which is incorporated here by reference.

IT IS HEREBY ORDERED that this cause is dismissed with prejudice with the Court retaining jurisdiction to enforce the terms of the Settlement Agreement and Release, including but not limited to plaintiff's Section 1988 attorneys fee petition.

ENTERED:

Dated: 6/13/06

_____
Judge